# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| THR Enterprises, Inc. | ) | ASBCA No. 58781 |
| | ) | |
| Under Contract No. N40085-06-D-6009 | ) | |

APPEARANCE FOR THE APPELLANT:     David A. Hearne, Esq.
                                  Outland, Gray, O'Keefe & Hubbard
                                  Chesapeake, VA

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
                                  Navy Chief Trial Attorney
                                  Rawn M. James, Jr., Esq.
                                  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 4 April 2016

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58781, Appeal of THR Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals